Before the Second Division, February 5, 1952

No. 56343.—P. C. Beck Co. v. United States, protest 153874–K (Norfolk).

Opinion by Lawrence, J.   It was stipulated that certain items of the merchandise consist of ferrous or nonferrous materials of which ferrous or nonferrous metal is the component material of chief value, which are secondhand or waste or refuse, or are obsolete, defective, or damaged, and which are fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, supra, and is properly entitled to free entry.

No. 56344.—Louis Adels et al. v. United States, protests 144970–K, etc. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

No. 56345.—L. P. Henryson & Co. et al. v. United States, protests 608273–G, etc.  (New  York).

Opinion by Rao, J.   The protests were dismissed.

No. 56346.—Drueding Brothers Co. et al. v. United States, protests 155766–K, etc. (New York).

Opinion by Rao, J.   The protests were dismissed.

No. 56347.—Barth-Guttman Textile Corp. et al. v. United States, protests 168264– K, etc. (New York).

Opinion by Rao, J.   The protests were dismissed.